UNITED STATES of America, Plaintiff–Appellee,

v.

Donald Ray DAVIS, also known as Dog Man, Defendant–Appellant.

No. 03–30797.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

March 11, 2004.

Cristina Walker, Assistant US Attorney, Donald E Hathaway, Jr, Assistant US Attorney, US Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Donald Ray Davis, for Defendant–Appellant.

Before, BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Court-appointed appellate counsel for Donald Ray Davis has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Davis was advised of the motion and served with a copy of his counsel's brief, but has not filed a response.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Appointed counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities, and the appeal is **DISMISSED**. *See* 5TH CIR. R. 42.2.

*MOTION GRANTED; APPEAL DISMISSED*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.